# EXHIBIT 1

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 10:46:28

MGRANTGRISSOM

**COMMONWEALTH OF KENTUCKY**
**WARREN CIRCUIT COURT**
**DIVISION _____**
**CASE NO. _____**
**JUDGE _____**

**MICHELE STANLEY**                                                    **PLAINTIFF**

**v.**                                    **COMPLAINT**
                                  ***"Electronically Filed"***

**BUC-EE'S SMITHS GROVE, LLC**                                         **DEFENDANTS**
        <u>Serve</u>: **CT Corporation System**
                **306 W Main Street, Suite 512**
                **Frankfort, Kentucky 40601**
**and**

**BUC-EE'S KENTUCKY, LLC**
        <u>Serve</u>: **CT Corporation System**
                **306 W Main Street, Suite 512**
                **Frankfort, Kentucky 40601**
**and**

**BUC-EE'S HOLDINGS, INC.**
        <u>Serve</u>: **CT Corporation System**
                **306 W Main Street, Suite 512**
                **Frankfort, Kentucky 40601**
**and**

**THE STEWART/PERRY COMPANY, INC.**
        <u>Serve</u>: **National Registered Agents, Inc.**
                **306 W Main Street, Suite 512**
                **Frankfort, Kentucky 40601**

*** *** *** *** *** ***

Comes the Plaintiff, Michele Stanley, by counsel, and for her causes of action against the

Defendants hereby states as follows:

**PARTIES**

1.      The Plaintiff, Michele Stanley, is and was at all times relevant herein, a resident of

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000001 of 000006

NOT ORIGINAL

01/16/2026 10:46:28

MGRANTGRISSOM

Clark County, Ohio at 3454 Folk Ream Road, Lot 43, Springfield, Ohio 45502.

2.      Upon information and belief, Defendant Buc-ee's Smiths Grove, LLC, is a limited liability company organized under the laws of the state of Delaware, licensed to do business within the Commonwealth of Kentucky. At all times relevant hereto, Buc-ee's Smiths Grove, LLC was believed to have controlled, occupied, managed, designed, built and/or maintained the property located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171 (hereinafter "Premises").

3.      The registered agent for Buc-ee's Smiths Grove, LLC, is CT Corporation System, 306 W Main Street, Suite 512, Frankfort, Kentucky 40601.

4.      Upon information and belief, Defendant Buc-ee's Kentucky, LLC, is a foreign limited liability company organized under the laws of the state of Delaware, licensed to do business within the Commonwealth of Kentucky. At all times relevant hereto, Buc-ee's Kentucky, LLC, owned and operated all Buc-ee's Kentucky locations, including Buc-ee's Smiths Grove, LLC.

5.      The registered agent for Buc-ee's Kentucky, LLC, is CT Corporation System, 306 W Main Street, Suite 512, Frankfort, Kentucky 40601.

6.      Upon information and belief, Defendant Buc-ee's Holdings, Inc., is a foreign corporation organized under the laws of the state of Delaware, licensed to do business within the Commonwealth of Kentucky. At all times relevant hereto, Buc-ee's Holdings, Inc., owned and operated all Buc-ee's Kentucky locations, including Buc-ee's Smiths Grove, LLC.

7.      The registered agent for Buc-ee's Holdings, Inc., is CT Corporation System, 306 W Main Street, Suite 512, Frankfort, Kentucky 40601.

8.      Defendants Buc-ee's Smiths Grove, LLC, Buc-ee's Kentucky, LLC, and Buc-ee's Holdings, Inc., shall collectively be referred to as Buc-ee's.

NOT ORIGINAL
DOCUMENT
01/16/2026 10:46:28
AM
MGRANTGRISSOM

9.      Upon information and belief, Defendant The Stewart/Perry Company, Inc. (hereinafter "Stewart Perry"), is a foreign corporation organized under the laws of the state of Alabama, licensed to do business in the Commonwealth of Kentucky. At all times relevant hereto, The Stewart/Perry Company, Inc., was believed to be a contractor/general contractor tasked by Buc-ee's to build and/or maintain the property located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171.

10.     The registered agent for The Stewart/Perry Company, Inc., is National Registered Agents, Inc., 306 W Main Street, Suite 512, Frankfort, Kentucky 40601.

## JURISDICTION AND VENUE

11.     Venue is proper in Warren County Circuit Court because the incident giving rise to this action occurred on the subject property controlled and/or maintained by Defendants Buc-ee's located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171.

12.     The incident giving rise to this action occurred in Warren County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court.

## FACTUAL ALLEGATIONS

13.     The acts or omissions of all Defendants named herein occurred through their agents, ostensible agents, servants and employees.

14.     That at all times relevant hereto, Plaintiff was a business invitee at the Buc-ee's store on the premises of 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171.

15.     That on the morning of September 24, 2024, Plaintiff Michele Stanley was injured when she slipped and fell on a negligently maintained wet floor of the subject Buc-ee's store, where water had been allowed to accumulate.

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000003 of 000006

Filed          25-CI-01606          09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:46:28
AM
MGRANTGRISSOM

16.     That as a result of slipping and falling on the negligently maintained wet floor, Plaintiff suffered extreme pain and severe bodily injuries to her hip and lower back.

17.     Upon information and belief, Defendant Stewart Perry had been hired by Defendant Buc-ee's as a contractor/general contractor to address water intrusion, and failed to do so, resulting in water accumulating on the floor.

## COUNT I: NEGLIGENCE/GROSS NEGLIGENCE
## ALL DEFENDANTS

18.     The allegations set forth in paragraphs 1 through 16 of this Complaint are incorporated as if fully set forth herein.

19.     That Defendants Buc-ee's owned, operated, controlled, and/or maintained the store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171, and by and through Defendants Buc-ee's agents, ostensible agents, servants, employees and/or other representatives, had a non-delegable duty to maintain and keep the above referenced premises safe for the use of its patrons, to exercise reasonable care for the safety of the Plaintiff, and to eliminate or warn of dangerous conditions on the premises.

20.     That Defendant Stewart Perry was a contractor/general contractor hired by Defendants Buc-ee's to maintain and/or repair the property located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171 and by and through Defendant Stewart Perry's agents, ostensible agents, servants, employees and/or other representatives, had a duty to maintain and/or repair and keep the above referenced premises safe for the use of patrons, to exercise reasonable care for the safety of the Plaintiff, and to eliminate or warn of dangerous conditions on the premises.

21.     That the negligently maintained wet floor where water had been allowed to accumulate constituted an unreasonably dangerous condition of the premises.

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000004 of 000006

Filed          25-CI-01606          09/15/2025          Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606     09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:46:28
AM          MGRANTGRISSOM

22.     That it was reasonably foreseeable that allowing water to accumulate would cause a hazardous and dangerous condition to Defendants Buc-ee's invitees, including Plaintiff.

23.     That Defendants Buc-ee's failed to make any effort whatsoever to remedy or warn the public, including Plaintiff, of the unsafe and hazardous condition.

24.     That Defendants Buc-ee's had actual knowledge, or in the exercise of due care should have known, that the negligently maintained wet floor where water had been allowed to accumulate was in an unsafe and hazardous condition.

25.     That Defendant Stewart Perry as the contractor/general contractor hired to address the water intrusion failed to repair and/or failed to adequately repair so that the hazardous and dangerous condition to Buc-ee's invitees, including Plaintiff, was allowed to remain.

26.     That Defendant Stewart Perry as the contractor/general contractor hired to address the water intrusion, had actual knowledge, or in the exercise of due care should have known, that the water intrusion created an unsafe and hazardous condition.

27.     That the Defendants breached their respective duties owed to Plaintiff and otherwise acted negligently by failing to own, operate, control, maintain and/or repair the premises in a reasonably safe manner and by failing to take reasonable steps to prevent foreseeable harm to Plaintiff.

28.     That the Defendants actions and inactions constituted a breached their respective duties to Plaintiff to maintain a safe environment, and said breach caused Plaintiff to suffer injury and damages as set forth herein.

29.     That as a direct and proximate result of the aforementioned negligent acts and/or omissions of the Defendants, and/or failure to warn Plaintiff has endured, and will endure in the

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000005 of 000006

Filed          25-CI-01606     09/15/2025          Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606      09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:46:28
AM
MGRANTGRISSOM

future, physical pain and suffering, past and future medical expenses, and loss of enjoyment of life

all in an amount sufficient to invoke the jurisdiction of this Court.

**WHEREFORE,** the Plaintiff demands as follows:

1. Judgment against the Defendants in an amount which will fairly and reasonably compensate Michele Stanley for the damages she has incurred;

2. Trial by jury;

3. Plaintiff's costs expended herein, including a reasonable attorney's fee;

4. Leave to amend this Complaint; and

5. Any and all other relief to which Plaintiff may otherwise be entitled.

> Respectfully Submitted,
>
> Miles D. Mussetter
> MUSSETTER LAW
> 600 West Main Street, Suite 500
> Louisville, Kentucky 40202
> miles@mussetterlaw.com
>
> By: /s/ Miles D. Mussetter

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000006 of 000006

Filed          25-CI-01606      09/15/2025          Brandi Duvall, Warren Circuit Clerk

Filed                25-CI-01606        09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

01/16/2026 10:57:08

MGRANTGRISSOM

**COMMONWEALTH OF KENTUCKY**
**WARREN CIRCUIT COURT**
**DIVISION _____**
**CASE NO. _____**
**JUDGE _____**

**MICHELE STANLEY**                                                    **PLAINTIFF**

**v.**        **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**
**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO DEFENDANT, BUC-EE'S SMITHS GROVE, LLC**
**"*Electronically Filed*"**

**BUC-EE'S SMITHS GROVE, LLC et al.**                        **DEFENDANTS**

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

   Comes now the Plaintiff, Michele Stanley, by and through counsel, and for her First Set of Interrogatories and Requests for Production of Documents to Defendant, Buc-ee's Smiths Grove, LLC, states as follows:

**DEFINITIONS**

   1. The term "the Subject Property" means the Defendant's store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171 and identified in the Complaint where Plaintiff fell and was injured on September 24, 2024:

**REQUESTS FOR ADMISSIONS**

**REQUEST NO. 1:** Admit that the proper Buc-ee's entities have been named in the subject action (Buc-ee's Smiths Grove, LLC, Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.)

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000001 of 000011

Filed          25-CI-01606    09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

**REQUEST NO. 2:** Admit that Defendant was aware of the alleged dangerous condition, the negligently maintained wet floor, which caused the Plaintiff's fall on September 24, 2024.

**RESPONSE:**

### INTERROGATORIES

**INTERROGATORY NO. 1:** If any of the responses to the above requests for admissions are anything other than an unqualified admission, please state all facts, circumstances, documents, media, or other information upon which you base each such response.

**ANSWER:**

**INTERROGATORY NO. 2:** Please identify by name, address and telephone number, the person(s) answering these Interrogatories, and Requests for Production of documents.

**ANSWER**:

**INTERROGATORY NO. 3:** If you believe another person and/or entity is or may be liable for the actions described in the Plaintiff's Complaint and/or would justify apportionment of fault, please identify said person and/or entity and describe in detail the facts that may warrant apportionment.

**ANSWER:**

**INTERROGATORY NO. 4:** Identify any and all individuals or entities who were responsible for ensuring the Subject Property was safe and/or free from hazards on or before September 24, 2024.

**ANSWER:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000002 of 000011

Filed     25-CI-01606     09/15/2025     Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

**INTERROGATORY NO. 5:** Identify any and all individuals or entities who were responsible for conducting maintenance and/or repairs of the Subject Property including but not limited to addressing any water intrusion or leaks on or before September 24, 2024.

**ANSWER:**

**INTERROGATORY NO. 6:** Please identify by name and address each person(s) employed by the Defendant on or about September 24, 2024 who may have witnessed or who has personal knowledge of the events concerning the allegations in the plaintiff's complaints. For each person(s) please provide the following:

a.     Occupation and/or title;

b.     Substance and details of the facts known to that person(s) concerning the plaintiff's allegations;

c.     A means of contacting the person(s).

**ANSWER**:

**INTERROGATORY NO. 7:** Are you aware of any person(s) other than employees of the Defendant who may have witnessed or has personal knowledge of the Plaintiff's accident, events leading up to the accident/or related events that occurred after the accident? If so, please provide the following:

a.     The name and address of each such person(s);

b.     A means of contact for each person(s);

c.     Substances and details of the facts known to that person(s) concerning the Plaintiff's allegations.

**ANSWER**:

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000003 of 000011

Filed          25-CI-01606    09/15/2025    Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

**INTERROGATORY NO. 8:** Please state Defendant's understanding of what caused Plaintiff to slip and fall on September 24, 2024.

**ANSWER:**

**INTERROGATORY NO. 9:** If you are claiming the Plaintiff was comparatively negligent for the accident that caused her injuries, please describe in detail what acts, conduct and/or omissions were committed by the Plaintiff that contributed to her accident and subsequent injuries.

**ANSWER**:

**INTERROGATORY NO. 10:** Please state whether any safety policies and/or procedures existed on or about September 24, 2024, to prevent slip and fall accidents on the premises, and answer the following regarding the safety policies and/or procedures:

    a.    Whether the policies and/or procedures are written;

    b.    A list of the specific policies and/or procedures;

    c.    A list of all wet floor related policies and/or procedures;

    d.    The person(s) responsible for implementing the policies and/or procedures;

    e.    The person(s) responsible for creating, writing, and/or enforcing the policies and/or procedures.

**ANSWER**:

**INTERROGATORY NO. 11:** Please state whether any specific safety training is provided to employees to prevent accidents and/or injuries to patrons of the Defendant's premises, and answer the following regarding that training:

    a.    A list of the safety training course(s) or safety manuals provided to employees;

    b.    The person(s) responsible for implementing and providing the training at the Buc-

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000004 of 000011

Filed          25-CI-01606    09/15/2025    Brandi Duvall, Warren Circuit Clerk

Filed                25-CI-01606        09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

01/16/2026 10:57:08

MGRANTGRISSOM

ee's store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171.

**ANSWER**:

**INTERROGATORY NO. 12:** Has any other accident occurred on these premises in the same area or as a result of the same condition, as the Plaintiff was injured?  If so, please state:

a.    The date and time it occurred;

b.    A description of how it occurred;

c.    The name, or other means of identification and address of the person(s) to whom it occurred;

d.    The location in which it occurred;

e.    The condition which caused it; and

f.    Whether any safety precaution was taken as a result of it, and, if so, a description of such safety precaution.

**ANSWER**:

**INTERROGATORY NO. 13:** Please provide the name, address and contact information of the person(s) employed by Defendant as their safety director or person in charge of implementing safety procedures at the Defendants' premises.

**ANSWER**:

**INTERROGATORY NO. 14:** Please identify each person you or your attorneys expect to call as a lay witness, and/or expert witness at the trial of this action. For each witness please provide the following:

a.    The subject matter upon which each witness is expected to testify;

b.    The substance of the facts and opinions to which each expert is expected to testify;

Filed        25-CI-01606    09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

c.    A summary of the grounds for any and all opinions held by each such expert.

**ANSWER**:

**INTERROGATORY NO. 15:** Please identify any and all warnings given to the Plaintiff and/or any patrons concerning the hazardous condition on the subject property of the Defendant on or about September 24, 2024.

**ANSWER**:

**INTERROGATORY NO. 16:**    Please list any and all exhibits that the Defendant intends to introduce at trial.

**ANSWER**:

**INTERROGATORY NO. 17:**    Please state whether the Defendant and/or their attorney(s) have any photographs, videotape, drawings, incident or investigative report(s), or other evidence related to this incident, and provide the following information:

a.    A description of the item;

b.    The identity of the person(s) who prepared the item.

**ANSWER**:

**INTERROGATORY NO. 18:**    Regarding the store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171, please list the names of the current Buc-ee's store managers, and the managers employed on or about September 24, 2024, including but not limited to the District Manager, General Manager, and Assistant store managers.

**ANSWER**:

**INTERROGATORY NO. 19:**    Regarding the wet floor and location where the subject fall occurred, please detail any maintenance or repairs that were conducted within the thirty days before and thirty days after the September 24, 2024, fall, including but not

Filed                25-CI-01606        09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

limited the maintenance or repairs that was conducted, the Buc-ee's employee or third-party that conducted the maintenance or repairs, and the date that such maintenance or repairs were ordered and also when they actually occurred.

**ANSWER:**

**INTERROGATORY NO. 20:** For each insurance policy of any kind that does or may provide any coverage on behalf of any Defendant (whether it is your policy or anyone else's policy) for damages/injuries alleged in this case, provide: name of insurer; policy number; limits of coverage; the name(s) of all insureds; and state whether any insurer has offered a defense under a reservation of rights or otherwise contested coverage for the subject case. *See Merriweather v. UPS, N*o. 3:17-CV-349-CRS-LLK, 2018 U.S. Dist. LEXIS 124383, at *21 (W.D. Ky. July 25, 2018)

**ANSWER:**

**INTERROGATORY NO. 21:** To the best of your understanding and knowledge what caused the stretch of floor where the Plaintiff fell and suffered injury to be wet at the time of the subject incident on September 24, 2024.

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**RPOD 1:**    Please provide any and all documents referenced, used, or relied upon in answering the above Interrogatories or that relate to the facts and/or information in the Complaint.

**RESPONSE:**

**RPOD 2:**    Please provide all agreements and/or contracts between the Defendant and any other individual or entity that pertain to control, monitoring, repairing, and/or maintenance

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000007 of 000011

Filed                25-CI-01606        09/15/2025        Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606     09/15/2025     Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

of the Subject Property.    In addition, please produce all incident reports and other documents, including emails, that were prepared as a result of the incident that forms the subject matter of this action.

**RESPONSE:**

**RPOD 3:**   With respect to any and all individuals or entities identified in the Answers to above Interrogatories, please provide a copy of any and all documents that indicate that these individuals or entities were responsible for evaluating, monitoring, or maintaining the safety of the Subject Property.

**RESPONSE:**

**RPOD 4:**    With respect to any and all individuals and entities identified in the Answers to above Interrogatories, please provide a copy of any and all documents that indicate that these individuals or entities worked at the Subject Property during the date(s) and time(s) reflected in the above Interrogatories.

**RESPONSE:**

**RPOD 5:**    Provide a copy of the deed to the Subject Property, any lease agreements relative to the Subject Property, any agreements that address the evaluation, monitoring, repairing, or maintaining the safety of the Subject Property, any agreements that address legal responsibility for keeping the Subject Property reasonably safe, any agreements that address indemnity for injuries sustained on the Subject Property, any contractual agreements that provide for who is responsible for injuries sustained by patrons on the Subject Property, and any other agreements that relate to your defenses in this case.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000008 of 000011

Filed            25-CI-01606       09/15/2025       Brandi Duvall, Warren Circuit Clerk

**NOT ORIGINAL**

**DOCUMENT**

**01/16/2026 10:57:08**

**AM**

**MGRANTGRISSOM**

**RPOD 6:**    Produce all incident reports, emails, logs, and/or any other related documents, data, or material relative to Plaintiff's injury on September 24, 2024.

**RESPONSE:**

**RPOD 7**:    Produce all medical bills and medical records related to the Plaintiff obtained in Discovery, via Subpoena, or otherwise, including any certification obtained.

**RESPONSE:**

**RPOD 8:**    Produce all logs, inspection reports, checklists, and/or any other related documents, data, or material from September 24, 2024 relative to the Subject Property.

**RESPONSE:**

**RPOD 9:**    Produce all documentation related to maintenance or repairs which were identified in response to Interrogatory No. 19.

**RESPONSE:**

**RPOD 10**:    Produce any and all insurance agreements or policies identified in response to Interrogatory No. 20. THIS REQUEST INCLUDES, BUT IS NOT LIMITED, ANY CERTIFIED DECLARATION PAGE FOR ANY APPLICABLE INSURANCE COVERAGE AS WELL AS A CERTIFIED COPY OF THE SUBJECT POLICY.

**RESPONSE:**

**RPOD 11:**    Produce copies of any and all policies, procedures, training materials, employee handbooks, and other documents that address inspection of floors/aisles, cleaning, maintenance, safety checks, incident reports, and/or investigations that were in force on September 24, 2024. This request specifically includes but is not limited to those materials identified in response to Interrogatory No. 10.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000009 of 000011

Filed            25-CI-01606    09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM                                                                      MGRANTGRISSOM

**RPOD 12:**    Please produce a  copy of any videotape, photographs, drawings, incident/investigative report(s), and/or diagrams in Defendant's possession pertaining to the events that occurred in this incident.

**RESPONSE:**

**RPOD 13:**    Please produce a copy of any complaints, claims, or documents related to any lawsuits or claims made against the Defendant for injuries occurring on their premises due to slip and fall incidents.

**RESPONSE:**

**RPOD 14:**    Please produce the indemnification demand tendered to the Stewart Perry Company Inc. on July 3, 2025.

**RESPONSE:**

**RPOD 15:**    Please produce any receipts or ledgers related to compensation received by this Defendant from the Stewart Perry Company, Inc. entity related to construction, maintenance, repairs or any other work completed on the subject property.

**RESPONSE:**

**RPOD 16:**    Please produce any contracts, work orders, change orders, work directives or the functional equivalent received, sent or otherwise exchanged from this Defendant and the Stewart Perry Company, Inc. related to construction, maintenance, repairs or any other work on the subject property.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000010 of 000011

Filed            25-CI-01606    09/15/2025        Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606     09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:57:08
AM
MGRANTGRISSOM

Respectfully Submitted,

Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, Kentucky 40202
miles@mussetterlaw.com

By: /s/ Miles D. Mussetter

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been forwarded via U.S. Mail to the agent for service of process identified on the Complaint on the day the Complaint was served.

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000011 of 000011

Filed          25-CI-01606          09/15/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**COMMONWEALTH OF KENTUCKY**
**WARREN CIRCUIT COURT**
**DIVISION _____**
**CASE NO. _____**
**JUDGE _____**

**MICHELE STANLEY**                                                    **PLAINTIFF**


**v.**      **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**
**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO DEFENDANT, THE STEWART/PERRY COMPANY, INC.**
**"*Electronically Filed*"**

**BUC-EE'S SMITHS GROVE, LLC et al.**                          **DEFENDANTS**

*** *** *** *** *** ***

Comes now the Plaintiff, Michele Stanley, by and through counsel, and for her First Set of Interrogatories and Requests for Production of Documents to Defendant, The Stewart/Perry Company, Inc., states as follows:

**DEFINITIONS**

1.      The term "the Subject Property" means the Buc-ee's store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171 and identified in the Complaint where Plaintiff fell and was injured on September 24, 2024:

**REQUESTS FOR ADMISSIONS**

**REQUEST NO. 1:**      Admit that The Stewart Perry Company was responsible for the construction of the Buc-ee's store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000001 of 000008

Filed                25-CI-01606        09/15/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**REQUEST NO. 2:**  Admit that The Stewart Perry Company was responsible for repairing or otherwise addressing the alleged water intrusion present at the Buc-ee's store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171 on September 24, 2024.

**RESPONSE:**

## INTERROGATORIES

**INTERROGATORY NO. 1:**    If any of the responses to the above requests for admissions are anything other than an unqualified admission, please state all facts, circumstances, documents, media, or other information upon which you base each such response.

 **ANSWER:**

**INTERROGATORY NO. 2:**  Please identify by name, address and telephone number, the person(s) answering these Interrogatories, and Requests for Production of documents.

**ANSWER**:

**INTERROGATORY NO. 3:** If you believe another person and/or entity is or may be liable for the actions described in the Plaintiff's Complaint and/or would justify apportionment of fault, please identify said person and/or entity and describe in detail the facts that may warrant apportionment.

**ANSWER:**

**INTERROGATORY NO. 4:** Identify any and all individuals or entities who were responsible for ensuring the Subject Property was safe and/or free from hazards on or before September 24, 2024.

**ANSWER:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000002 of 000008

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**INTERROGATORY NO. 5:** Identify any and all individuals or entities who were responsible for conducting maintenance and/or repairs of the Subject Property including but not limited to addressing any water intrusion or leaks on or before September 24, 2024.

**ANSWER:**

**INTERROGATORY NO. 6:** Please identify by name and address each person(s) employed by the Defendant on or about September 24, 2024, who may have witnessed or who has personal knowledge of the events concerning the allegations in the plaintiff's complaints. For each person(s) please provide the following:

a.    Occupation and/or title;

b.    Substance and details of the facts known to that person(s) concerning the plaintiff's allegations;

c.    A means of contacting the person(s).

**ANSWER**:

**INTERROGATORY NO. 7:** Are you aware of any person(s) other than employees of the Defendant who may have witnessed or has personal knowledge of the Plaintiff's accident, events leading up to the accident/or related events that occurred after the accident? If so, please provide the following:

a.    The name and address of each such person(s);

b.    A means of contact for each person(s);

c.    Substances and details of the facts known to that person(s) concerning the Plaintiff's allegations.

**ANSWER**:

Filed                    25-CI-01606    09/15/2025    Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**INTERROGATORY NO. 8:** Please state Defendant's understanding of what caused Plaintiff to slip and fall on September 24, 2024.

**ANSWER:**

**INTERROGATORY NO. 9:** If you are claiming the Plaintiff was comparatively negligent for the accident that caused her injuries, please describe in detail what acts, conduct and/or omissions were committed by the Plaintiff that contributed to her accident and subsequent injuries.

**ANSWER**:

**INTERROGATORY NO. 10:** Please identify each person you or your attorneys expect to call as a lay witness, and/or expert witness at the trial of this action. For each witness please provide the following:

    a.    The subject matter upon which each witness is expected to testify;

    b.    The substance of the facts and opinions to which each expert is expected to testify;

    c.    A summary of the grounds for any and all opinions held by each such expert.

**ANSWER**:

**INTERROGATORY NO. 11:** Please identify any and all warnings given to the Plaintiff and/or any patrons concerning the hazardous condition on the subject property on or about September 24, 2024.

**ANSWER**:

**INTERROGATORY NO. 12:** Please list any and all exhibits that the Defendant intends to introduce at trial.

**ANSWER**:

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000004 of 000008

Filed          25-CI-01606      09/15/2025      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT

01/16/2026 10:58:03
AM                                                                            MGRANTGRISSOM

**INTERROGATORY NO. 13:**      Please state whether the Defendant and/or their attorney(s) have any photographs, videotape, drawings, incident or investigative report(s), or other evidence related to this incident, and provide the following information:

a.      A description of the item;

b.      The identity of the person(s) who prepared the item.

**ANSWER**:

**INTERROGATORY NO. 14:**      Please identify any other contractors/general contractors, builders, construction companies and/or maintenance companies who were or may have been responsible for addressing the alleged water intrusion or leak present on the subject property at the time of the September 24, 2024 incident.

**ANSWER**:

**INTERROGATORY NO. 15:** For each insurance policy of any kind that does or may provide any coverage on behalf of any Defendant (whether it is your policy or anyone else's policy) for damages/injuries alleged in this case, provide: name of insurer; policy number; limits of coverage; the name(s) of all insureds; and state whether any insurer has offered a defense under a reservation of rights or otherwise contested coverage for the subject case. *See Merriweather v. UPS, N*o. 3:17-CV-349-CRS-LLK, 2018 U.S. Dist. LEXIS 124383, at *21 (W.D. Ky. July 25, 2018)

**ANSWER:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000005 of 000008

NOT ORIGINAL

01/16/2026 10:58:03

MGRANTGRISSOM

**Filed**          25-CI-01606      09/15/2025              Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**RPOD 1:**   Please provide any and all documents referenced, used, or relied upon in answering the above Interrogatories or that relate to the facts and/or information in the Complaint.

**RESPONSE:**

**RPOD 2:**   Please provide all agreements and/or contracts between the Defendant and Buc-ee's, and/or any other individual or entity that pertain to control, monitoring, repairing, and/or maintenance of the Subject Property.   In addition, please produce all incident reports and other documents, including emails, that were prepared as a result of the incident that forms the subject matter of this action.

**RESPONSE:**

**RPOD 3:**   With respect to any and all individuals or entities identified in the Answers to above Interrogatories, please provide a copy of any and all documents that indicate that these individuals or entities were responsible for evaluating, monitoring, or maintaining the safety of the Subject Property.

**RESPONSE:**

**RPOD 4:**      With respect to any and all individuals and entities identified in the Answers to above Interrogatories, please provide a copy of any and all documents that indicate that these individuals or entities worked at the Subject Property during the date(s) and time(s) reflected in the above Interrogatories.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000006 of 000008

Filed                    25-CI-01606     09/15/2025           Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**RPOD 5:**    Produce all incident reports, emails, logs, and/or any other related documents, data, or material relative to Plaintiff's injury on September 24, 2024.

**RESPONSE:**

**RPOD 6:**    Produce all logs, work orders, repair reports, checklists, and/or any other related documents, data, or material from September 24, 2024, relative to the Subject Property.

**RESPONSE:**

**RPOD 7**:    Produce any and all insurance agreements or policies identified in response to Interrogatory No. 15. THIS REQUEST INCLUDES, BUT IS NOT LIMITED, ANY CERTIFIED DECLARATION PAGE FOR ANY APPLICABLE INSURANCE COVERAGE AS WELL AS A CERTIFIED COPY OF THE SUBJECT POLICY.

**RESPONSE:**

**RPOD 8:**    Please produce a copy of any videotape, photographs, drawings, incident/investigative report(s), and/or diagrams in Defendant's possession pertaining to the events that occurred in this incident.

**RESPONSE:**

**RPOD 9:**    Please produce a copy of any complaints, claims, or documents related to any lawsuits or claims made against the Defendant for personal injuries occurring on a Buc-ee's premises.

**RESPONSE:**

**RPOD 10:**    Please produce any receipts or ledgers related to compensation received by this Defendant from any Buc-ee's entity related to construction, maintenance, repairs or any other work completed on the subject property.

**RESPONSE:**

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000007 of 000008

Filed                    25-CI-01606     09/15/2025           Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 10:58:03
AM
MGRANTGRISSOM

**RPOD 11:**    Please produce any contracts, work orders, change orders, work directives, or the functional equivalent received, sent or otherwise exchanged from this Defendant and any Buc-ee's entity related to construction, maintenance, repairs or any other work on the subject property.

**RESPONSE:**

**RPOD 12:**    Please produce the indemnification demand tendered by Buc-ee's to the Stewart Perry Company Inc. on July 3, 2025.

**RESPONSE:**

Respectfully Submitted,

Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, Kentucky 40202
miles@mussetterlaw.com

By: /s/ Miles D. Mussetter

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been forwarded via U.S. Mail to the agent for service of process identified on the Complaint on the day the Complaint was served.

Presiding Judge: HON. JOHN R. GRISE (608217)

IRPD : 000008 of 000008

Filed          25-CI-01606    09/24/2025    Brandi Duvall, Warren Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE**™

NOT ORIGINAL DOCUMENT

01/16/2026 11:00:20 AM

MGRANTGRISSOM

Date Produced: 09/22/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8332 8513 30. Our records indicate that this item was delivered on 09/19/2025 at 08:28 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:          C6203686.37746317

Filed                25-CI-01606     09/24/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

01/16/2026 11:00:20

MGRANTGRISSOM

DOCUMENT

AM

USPS MAIL PIECE TRACKING NUMBER:  4204060192360901940383328 51330

MAILING DATE:      09/15/2025
DELIVERED DATE:    09/19/2025
Custom 1: DriverId-11581522
Custom 2: PartyId-74925371
Custom 3: SummonsNum-@00000456763
Custom 4: CentralMailId-255328
Custom 5: Source County-WARREN


MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 09/15/2025 15:08 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/15/2025 16:24 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/16/2025 15:07 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/16/2025 16:22 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 09/17/2025 14:04 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/18/2025 11:10 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/18/2025 11:43 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 09/19/2025 08:28 | DELIVERED INDIVIDUAL PICKED UP AT PO | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed                25-CI-01606    09/24/2025    Brandi Duvall, Warren Circuit Clerk

# UNITED STATES
## POSTAL SERVICE™

**DOCUMENT**

**AM**

NOT ORIGINAL

01/16/2026 11:01:55

MGRANTGRISSOM

Date Produced: 09/22/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8332 8514 08. Our records indicate that this item was delivered on 09/19/2025 at 08:28 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

**COR : 000001 of 000002**

Customer Reference Number:    C6203686.37746333

Filed                     25-CI-01606      09/24/2025      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

01/16/2026 11:01:55

AM

MGRANTGRISSOM

USPS MAIL PIECE TRACKING NUMBER: 4204060192360901940383328514 08
MAILING DATE:      09/15/2025
DELIVERED DATE:   09/19/2025
Custom 1: DriverId-11581522
Custom 2: PartyId-74925373
Custom 3: SummonsNum-@00000456764
Custom 4: CentralMailId-255329
Custom 5: Source County-WARREN


MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/15/2025 15:08 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/15/2025 16:24 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/16/2025 15:07 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/16/2025 16:22 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 09/17/2025 17:11 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/18/2025 11:10 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/18/2025 11:43 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 09/19/2025 08:28 | DELIVERED INDIVIDUAL PICKED UP AT PO | FRANKFORT,KY 40601 |

COR : 000002 of 000002

**UNITED STATES**
**POSTAL SERVICE**

Filed          25-CI-01606     09/24/2025     Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:04:34

MGRANTGRISSOM

Date Produced: 09/22/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8332 8517 12. Our records indicate that this item was delivered on 09/19/2025 at 08:28 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number:          C6203686.37746332

Filed          25-CI-01606      09/24/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

01/16/2026 11:04:34

MGRANTGRISSOM

USPS MAIL PIECE TRACKING NUMBER:  42040601923609019403833285171 2

MAILING DATE:      09/15/2025
DELIVERED DATE:    09/19/2025

Custom 1: DriverId-11581522
Custom 2: PartyId-74925375
Custom 3: SummonsNum-@00000456765
Custom 4: CentralMailId-255330
Custom 5: Source County-WARREN

MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/15/2025 15:08 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/15/2025 16:24 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/16/2025 15:07 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/16/2025 16:22 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 09/17/2025 14:06 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/18/2025 11:10 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/18/2025 11:43 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 09/19/2025 08:28 | DELIVERED INDIVIDUAL PICKED UP AT PO | FRANKFORT,KY 40601 |

COR : 000002 of 000002

DOCUMENT

AM

# UNITED STATES POSTAL SERVICE™

NOT ORIGINAL

DOCUMENT

AM

01/16/2026 11:06:26

MGRANTGRISSOM

Date Produced: 09/22/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8332 8517 81. Our records indicate that this item was delivered on 09/19/2025 at 08:28 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

NATIONAL REGISTERED AGENTS INC
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

Customer Reference Number:          C6203686.37746337

COR : 000001 of 000002

Filed    25-CI-01606    09/24/2025    Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

01/16/2026 11:06:26

AM

MGRANTGRISSOM

USPS MAIL PIECE TRACKING NUMBER:  420406019236090194038332851781

MAILING DATE:    09/15/2025

DELIVERED DATE:  09/19/2025

Custom 1: DriverId-11581522

Custom 2: PartyId-74925377

Custom 3: SummonsNum-@00000456766

Custom 4: CentralMailId-255331

Custom 5: Source County-WARREN

MAIL PIECE DELIVERY INFORMATION:

NATIONAL REGISTERED AGENTS INC
306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 09/15/2025 15:08 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | | FRANKFORT,KY 40601 |
| 09/15/2025 16:24 | SHIPMENT RECEIVED ACCEPTANCE PENDING | | FRANKFORT,KY 40601 |
| 09/16/2025 16:19 | ORIGIN ACCEPTANCE | | FRANKFORT,KY 40601 |
| 09/16/2025 17:34 | PROCESSED THROUGH USPS FACILITY | | LOUISVILLE,KY 40221 |
| 09/17/2025 13:29 | PROCESSED THROUGH USPS FACILITY | | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/18/2025 11:10 | ARRIVAL AT UNIT | | FRANKFORT,KY 40601 |
| 09/18/2025 11:43 | AVAILABLE FOR PICKUP | | FRANKFORT,KY 40601 |
| 09/19/2025 08:28 | DELIVERED INDIVIDUAL PICKED UP AT PO | | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed            25-CI-01606        10/01/2025              Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:08:21
AM
MGRANTGRISSOM

**COMMONWEALTH OF KENTUCKY**
**WARREN CIRCUIT COURT**
**DIV. 02**
**CASE NO: 25-CI-01606**

MICHELE STANLEY,                                             **PLAINTIFF**

**V.**

BUC-EE'S SMITHS GROVE, LLC, et al.,                 **DEFENDANTS**

---

**ANSWER OF DEFENDANT THE STEWART/PERRY COMPANY, INC.**
**(Electronically Filed)**

---

Comes now the Defendant The Stewart/Perry Company, Inc., ("Defendant"), by and through counsel, and for its Answer to Plaintiff's Complaint, hereby states as follows:

1.      Defendant is without sufficient knowledge as to the truth of the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, and 29 of Plaintiff's Complaint, including any subparts, and thus denies them.

2.      Defendant admits the allegations contained in Paragraphs 10 of Plaintiff's Complaint.

3.      With respect to the allegations contained in Paragraph 9 of Plaintiff's Complaint, Defendant admits the first sentence and so much of the second sentence that it was a general contractor that built at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171, but denies all remaining allegations therein for lack of knowledge.

4.      With respect to the allegations contained in Paragraph 18 of Plaintiff's Complaint, Defendant reiterates and incorporates as if fully set forth herein each of its prior averments, admissions, and/or denials.

ANS : 000001 of 000003

Filed          25-CI-01606     10/01/2025     Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:08:21
AM
MGRANTGRISSOM

5.      Certain elements of Plaintiff's Complaint fail to state a claim against this Defendant upon which relief can be granted.

6.      Plaintiff's injuries and damages, if any, were caused or contributed to by Plaintiff's own negligence, and thus any judgment or recovery for Plaintiff must be reduced accordingly.

7.      Plaintiff's injuries and damages, if any, were caused by a third-party over whom this Defendant had no control.

8.      Plaintiff's injuries and damages, if any, were caused by an intervening, superseding and/or unforeseeable cause for which this Defendant bears no responsibility.

9.      Plaintiff may have failed to mitigate her damages.

10.     As an affirmative defense, Defendant states that Plaintiff has failed to join an indispensable and/or necessary party.

11.     As an affirmative defense, Defendant states that Plaintiff may not be the real parties in interest with respect to some or all of the claims asserted herein, including but not limited to medical subrogation interests.

12.     As an affirmative defense, Plaintiff's injuries and damages, if any, were caused by an open and obvious condition for which this Defendant bears no legal liability and for which Defendant owes Plaintiff no duty.

13.     As an affirmative defense, certain elements of Plaintiff's Complaint are barred by statute and/or illegality of statute, and the limitations set forth KRS 411.184 – 411.186; Sections 27 and 28 of the Kentucky Constitution; and Article I, Section 6 of the United States Constitution.

14.     As an affirmative defense, certain elements of Plaintiff's Complaint are barred by estoppel, waiver, release, laches and/or the assumption of risk.

ANS : 000002 of 000003

Filed          25-CI-01606     10/01/2025     Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606          10/01/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:08:21
AM                                                                          MGRANTGRISSOM

15.    As an affirmative defense, Defendant reiterates and incorporates by reference into this Answer all affirmative defenses set forth in Civil Rules 8.03 and 12.02.  Defendant denies all other allegations not otherwise admitted.

WHEREFORE, having fully answered, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for its costs incurred herein, and for any and all other relief to which it may appear entitled at law and/or equity.

Respectfully submitted,

*/s/ Barry A. Rudell, II*
Barry A. Rudell, II (88754)
MARKESBERY & RICHARDSON CO., L.P.A.
333 West Vine Street, Suite 300
Lexington, KY  40507
Tel.:  (859) 252-2955   ext. 305
Fax:  (859) 252-2956
Rudell@m-r-law.com
*Attorney for Defendant*
*The Stewart/Perry Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this  **1st** day of **October, 2025** via electronic mail pursuant to CR 5.02 and/or regular U.S. Mail, postage pre-paid, upon:

Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, KY 40202
miles@mussetterlaw.com
*Attorney for Plaintiff*

*/s/ Barry A. Rudell, II*
Barry A. Rudell, II (88754)

ANS : 000003 of 000003

NOT ORIGINAL

01/16/2026 11:09:00

MGRANTGRISSOM

**COMMONWEALTH OF KENTUCKY**
**WARREN CIRCUIT COURT**
**DIV. 02**
**CASE NO: 25-CI-01606**

**MICHELE STANLEY,**                                    **PLAINTIFF**

**V.**

**BUC-EE'S SMITHS GROVE, LLC, et al.,**               **DEFENDANTS**

---

**ENTRY OF APPEARANCE**
**(Electronically Filed)**

---

Comes now Barry A. Rudell, II and hereby enters his appearance on behalf of Defendant

The Stewart/Perry Company, Inc., in this matter.

Respectfully submitted,

*/s/Barry A. Rudell, II*

Barry A. Rudell, II (88754)
MARKESBERY & RICHARDSON CO., L.P.A.
333 West Vine Street, Suite 300
Lexington, KY 40507
Tel.: (859) 252-2955 ext. 305
Fax: (859) 252-2956
Rudell@m-r-law.com
*Attorney for Defendant*
*The Stewart/Perry Company, Inc.*

Filed          25-CI-01606     10/01/2025                    Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:09:00
AM
MGRANTGRISSOM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this **1st** day of **October, 2025** via electronic mail pursuant to CR 5.02 and/or regular U.S. Mail, postage pre-paid, upon:

Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, KY 40202
miles@mussetterlaw.com
*Attorney for Plaintiff*

/s/Barry A. Rudell, II
Barry A. Rudell, II (88754)

EA : 000002 of 000002

Filed          25-CI-01606      10/09/2025        Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:09:46

MGRANTGRISSOM

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CIVIL ACTION NO. 25-CI-01606

*Electronically Filed*

MICHELE STANLEY                                                    PLAINTIFF

v.

BUC-EE'S SMITHS GROVE, LLC, *et al.*                          DEFENDANTS

### ANSWER OF DEFENDANT BUC-EE'S SMITHS GROVE, LLC TO PLAINTIFF'S COMPLAINT

Defendant Buc-ee's Smiths Grove, LLC ("Buc-ee's SG" or "Defendant"), by counsel, for its Answer to the Complaint of Plaintiff Michele Stanley ("Stanley" or "Plaintiff"), hereby respectfully state as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Buc-ee's SG upon which relief may be granted and must be dismissed.

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff's injuries and damages, if any, were caused by the action or in action of a third-party or third-parties over whom Buc-ee's SG had no control, including, but not limited to, The Stewart/Perry Company, Inc.

ANS : 000001 of 000009

Filed                25-CI-01606        10/09/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

01/16/2026 11:09:46

MGRANTGRISSOM

## THIRD DEFENSE

## AS TO: "PARTIES"

1.     Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 1 and, therefore, denies those allegations.

2.     With respect to the allegations in numerical paragraph 2, Buc-ee's SG admits that Buc-ee's Smiths Grove, LLC is a limited liability company organized under the laws of the State of Delaware and that it owns and operates the Buc-ee's premises located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, KY 42171.   Buc-ee's SG denies the remaining allegations in numerical paragraph 2.

3.     Buc-ee's SG admits the allegations contained in numerical paragraph 3 of the Complaint.

4.     Buc-ee's SG denies the allegations contained in numerical paragraph 4 of the Complaint insofar as it alleges that Buc-ee's Kentucky LLC owns or operates the store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, KY; otherwise, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in numerical paragraph 4 of the Complaint.

5.     Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 5 of the Complaint.

6.     Buc-ee's SG denies the allegations contained in numerical paragraph 6 of the Complaint insofar as it alleges that Buc-ee's Holdings, Inc. directly owns or operates the store located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, KY; otherwise, Buc-ee's SG is

2

ANS : 000002 of 000009

Filed                    25-CI-01606        10/09/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:09:46
AM
MGRANTGRISSOM

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in numerical paragraph 6 of the Complaint.

7.      Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 7 of the Complaint.

8.      Buc-ee's SG states that numerical paragraph 8 contains no allegations requiring a response from Buc-ee's.  To the extent that a response is required, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the allegations and therefore, denies those allegations.

9.      Buc-ee's SG admits the allegations contained in numerical paragraph 9 of the Complaint insofar as they allege that The Stewart/Perry Company, Inc. was a contractor tasked to build and/or maintain the property located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, KY; otherwise Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in numerical paragraph 9 and, therefore, denies those allegations.

10.     Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 10 and, therefore, denies those allegations.

**AS TO: "JURISDICTION AND VENUE"**

11.     The allegations in numerical paragraph 11 state legal conclusions, to which no response is required.  To the extent that a response is required, Buc-ee's SG states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 11 and therefore, denies those allegations.

3

ANS : 000003 of 000009

Filed                    25-CI-01606          10/09/2025              Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:09:46

MGRANTGRISSOM

12.     Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 12 and, therefore, denies those allegations.

## AS TO: "FACTUAL ALLEGATIONS"

13.     The allegations in numerical paragraph 13 state legal conclusions, to which no response is required. To the extent that a response is required, Buc-ee's SG denies that any acts or omissions of Buc-ee's SG or its agents, servants, or employees caused plaintiff's alleged injuries or harm and further denies that it is in any way liable to Plaintiff for the claims and damages alleged in her Complaint; otherwise, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in numerical paragraph 13 and, therefore, denies those allegations.

14.     The allegations in numerical paragraph 14 state legal conclusion, to which no response is required. To the extent that a response is required, Buc-ee's SG denies any characterization of Plaintiff's legal status inconsistent with the facts herein.

15.     Buc-ee's SG denies the allegations in numerical paragraph 15.

16.     Buc-ee's SG denies the allegations in numerical paragraph 16.

17.     Buc-ee's SG admits the allegations in numerical paragraph 17 insofar as they allege that Buc-ee's SG retained The Stewart/Perry Company to complete work on the premises located at 4001 Smiths Grove-Scottsville Road, Smiths Grove, Kentucky 42171; otherwise, Buc-ee's SG is without sufficient knowledge or information to form a belief as to the remaining allegations in numerical paragraph 17 and therefore, denies those allegations.

ANS : 000004 of 000009

4

**Filed**             **25-CI-01606**      **10/09/2025**          **Brandi Duvall, Warren Circuit Clerk**

NOT ORIGINAL

01/16/2026 11:09:46

MGRANTGRISSOM

DOCUMENT

AM

### AS TO: "COUNT I: NEGLIGENCE/GROSS NEGLIGENCE ALL DEFENDANTS"

18.     Buc-ee's SG restates and incorporates its responses to numerical paragraphs 1-17 of the Complaint as if fully set forth herein.

19.     The allegations in numerical paragraph 19 state legal conclusions, to which no response is required.  To the extent that a response is required, Buc-ee's SG states that it complied with all duties owed to Plaintiff on the date and occasion complained of in Plaintiff's Complaint. Buc-ee's SG denies the remaining allegations in numerical paragraph 19.

20.     The allegations in numerical paragraph 20 state legal conclusions, to which no response is required.  Further responding, Buc-ee's SG states that the allegations in numerical paragraph 20 are not directed towards it, and no response is required.  To the extent that a response is required, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 20 and therefore, denies those allegations.

21.     Buc-ee's SG denies the allegations in numerical paragraph 21.

22.     Buc-ee's SG denies the allegations in numerical paragraph 22.

23.     Buc-ee's SG denies the allegations in numerical paragraph 23.

24.     Buc-ee's SG denies the allegations in numerical paragraph 24.

25.     Buc-ee's SG states that the allegations in numerical paragraph 25 are not directed towards it, and no response is required.  To the extent that a response is required, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 25 and therefore, denies those allegations.

ANS : 000005 of 000009

5

Filed                25-CI-01606      10/09/2025              Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:09:46
AM
MGRANTGRISSOM

26.     Buc-ee's SG states that the allegations in numerical paragraph 26 are not directed towards it, and no response is required.  To the extent that a response is required, Buc-ee's SG is without knowledge or information sufficient to form a belief as to the truth of the allegations in numerical paragraph 26 and therefore, denies those allegations.

27.     Buc-ee's SG denies the allegations in numerical paragraph 27.

28.     Buc-ee's SG denies the allegations in numerical paragraph 28.

29.     Buc-ee's SG denies the allegations in numerical paragraph 29.

30.     Buc-ee's SG denies all allegations in Plaintiff's "WHEREFORE" Clause and Prayer for Relief, including that Plaintiff including that Plaintiff is entitled to any relief from Buc-ee's SG.

31.     Buc-ee's SG denies all allegations not expressly admitted herein.

<strong><u>FOURTH DEFENSE</u></strong>

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to exercise reasonable care for her own safety, said failure being a substantial factor in causing the injuries and damages of which Plaintiff complains.

<strong><u>FIFTH DEFENSE</u></strong>

Any alleged defect or dangerous condition existing on Buc-ee's SG's premises at the time of Plaintiff's alleged injury was open and obvious, and Defendant is therefore not responsible for Plaintiff's alleged injuries.

<strong><u>SIXTH DEFENSE</u></strong>

To the extent that Plaintiff has received insurance or other benefits to which the payor is subrogated to the claims asserted by Plaintiff, the Plaintiff is not the owner of such claims and has no standing to bring them.  At a minimum, Plaintiff's alleged damages, if any, must be reduced by

6

ANS : 000006 of 000009

Filed          25-CI-01606      10/09/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:09:46
AM
MGRANTGRISSOM

the amount of any such payment received by Plaintiff pursuant to applicable Kentucky law barring double-recovery.

### SEVENTH DEFENSE

Without waiving its denial of liability to Plaintiff, Buc-ee's SG states that any injuries or damages to Plaintiff may have resulted, in whole or in part, from an intervening act and/or superseding causes, including acts of God, over which Buc-ee's SG had no control or to which Buc-ee's SG has no responsibility or liability.

### EIGHTH DEFENSE

To the extent that any person or entity exists that has paid any amounts to or for the benefit of Plaintiff for the injuries and damages alleged in the Complaint, and who have not been properly notified of their subrogation rights, the Plaintiff has failed to comply with KRS 411.188, and her Complaint is barred.

### NINTH DEFENSE

Without waiving any denial of liability, Buc-ee's SG states that any liability assessed against it should be apportioned according to its degree of fault, if any, pursuant to KRS 411.182.

### TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

### ELEVENTH DEFENSE

To the extent not already set forth herein, Buc-ee's SG incorporates by reference all affirmative defenses available to them under CR 8.03.

### TWELFTH DEFENSE

Plaintiff's claims are barred to the extent that she failed to mitigate her damages.

7

ANS : 000007 of 000009

Filed                    25-CI-01606    10/09/2025              Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

01/16/2026 11:09:46

AM

MGRANTGRISSOM

### THIRTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by her failure to join necessary and indispensable parties to this action.

### FOURTEENTH DEFENSE

Buc-ee's SG expressly reserves the right to amend its Answer to the Complaint, if necessary, to raise any defenses which are, or may become, available to it during the course of this Action.

WHEREFORE, Defendants Buc-ee's Smiths Grove, LLC, having fully answered and responded to Plaintiff's Complaint, hereby respectfully demands as follows:

1.    That Plaintiff's Complaint against it be dismissed, with prejudice;

2.    Apportionment of fault against all parties and non-parties who contributed in any way to Plaintiff's alleged damages, pursuant to KRS 411.182;

3.    Their costs herein expended;

4.    Trial by jury; and

5.    For any and all other relief to which they are or may be entitled.

8

ANS : 000008 of 000009

Filed                    25-CI-01606    10/09/2025              Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606     10/09/2025     Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:09:46

MGRANTGRISSOM

Respectfully submitted,

/s/ M. Grant Grissom
Matthew R. Parsons
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

-and-

M. Grant Grissom
Stoll Keenon Ogden PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
*Counsel for Defendants, Buc-ee's Smiths Grove, LLC,*
*Buc-ee's Kentucky, LLC, and Buc-ee's Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *was* filed by the Kentucky Court of Justice eFiling system has been sent via NEF to all eFilers associated with this action and/or has been mailed and/or emailed upon the following this 9th day of October, 2025:

| | |
|---|---|
| Miles D. Mussetter<br>MUSSETTER LAW<br>600 West Main Street, Suite 500<br>Louisville, KY 40202<br>miles@mussetterlaw.com<br><br>*Counsel for Plaintiff* | Barry A. Rudell, II<br>Markesbery & Richardson Co., L.P.A.<br>333 West Vine Street, Suite 300<br>Lexington, KY 40507<br>rudell@m-r-law.com<br><br>*Counsel for Defendant The Stewart/Perry Company, Inc.* |

/s/ M. Grant Grissom
*Counsel for Defendants, Buc-ee's Smiths Grove, LLC,*
*Buc-ee's Kentucky, LLC, and Buc-ee's Holdings, Inc.*

4934-8314-8135

ANS : 000009 of 000009

Filed          25-CI-01606     10/09/2025     Brandi Duvall, Warren Circuit Clerk

Filed          25-CI-01606     10/31/2025     Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

01/16/2026 11:10:36

MGRANTGRISSOM

DOCUMENT

AM

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CIVIL ACTION NO. 25-CI-01606
*Electronically Filed*

MICHELE STANLEY                                                  PLAINTIFF

v.

BUC-EE'S SMITHS GROVE, LLC, *et al.*                          DEFENDANTS

### **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Defendant, Buc-ee's Smiths Grove, LLC ("Buc-ee's"), by counsel,

served its Responses to Plaintiff's First Set of Requests for Admissions on this 31st day of October,

2025.

Respectfully submitted,

*/s/ Matthew R. Parsons*
Matthew R. Parsons
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

*-and-*

M. Grant Grissom
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
*Counsel for Defendants Buc-ees' Smiths Grove, LLC,
Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.*

Filed                25-CI-01606    10/31/2025            Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:10:36
AM
MGRANTGRISSOM

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following this 31st day of October, 2025 via email:

| | |
|---|---|
| Miles D. Mussetter<br>MUSSETTER LAW<br>600 West Main Street, Suite 500<br>Louisville, KY 40202<br>miles@mussetterlaw.com<br><br>*Counsel for Plaintiff* | Barry A. Rudell, II<br>Markesbery & Richardson Co., L.P.A.<br>333 West Vine Street, Suite 300<br>Lexington, KY 40507<br>rudell@m-r-law.com<br><br>*Counsel for Defendant The Stewart/Perry Company, Inc.* |

*/s/ Matthew R. Parsons*
*Counsel for Defendants Buc-ees' Smiths Grove, LLC,*
*Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.*

2

Filed            25-CI-01606    10/31/2025        Brandi Duvall, Warren Circuit Clerk

Tendered        25-CI-01606    12/02/2025        Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:11:26

MGRANTGRISSOM

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CIVIL ACTION NO. 25-CI-01606

*Electronically Filed*

MICHELE STANLEY                                                      PLAINTIFF

v.

BUC-EE'S SMITHS GROVE, LLC, *et al.*                          DEFENDANTS

### AGREED ORDER OF PARTIAL DISMISSAL

Plaintiff, Michele Stanley and Defendants, Buc-ee's Kentucky, LLC, and Buc-ee's Holdings, Inc., being in agreement, and the Court having considered the matter and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Plaintiff's claims against Buc-ee's Holdings, Inc. are **DISMISSED WITH PREJUDICE**, with each Party to bear its own respective fees and costs; and that Plaintiff's claims against Buc-ee's Kentucky, LLC are **DISMISSED WITHOUT PREJUDICE**, with each Party to bear its own respective fees and costs. This Order shall not affect Plaintiff's claims against the remaining parties herein.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
HON. JOHN R. GRISE
JUDGE, WARREN CIRCUIT COURT, DIVISION 2

TD : 000001 of 000003

Tendered        25-CI-01606    12/02/2025        Brandi Duvall, Warren Circuit Clerk

Tendered          25-CI-01606    12/02/2025          Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:11:26

MGRANTGRISSOM

HAVE SEEN AND AGREE:

*/s/ M. Grant Grissom*
Matthew R. Parsons
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

*-and-*

M. Grant Grissom
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
*Counsel for Defendants Buc-ees' Smiths Grove, LLC,*
*Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.*

*-and-*

*/s/ Miles D. Mussetter* (with permission)
Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, KY 40202
miles@mussetterlaw.com

*Counsel for Plaintiff*

TD : 000002 of 000003

Tendered          25-CI-01606    12/02/2025          Brandi Duvall, Warren Circuit Clerk

Tendered          25-CI-01606     12/02/2025          Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:11:26

MGRANTGRISSOM

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on _____, 2025 by filing with the Court's electronic system, which will send notice of this filing to all counsel of record. I have further emailed and/or mailed this filing to the following:

| | |
|---|---|
| Miles D. Mussetter<br>MUSSETTER LAW<br>600 West Main Street, Suite 500<br>Louisville, KY 40202<br>miles@mussetterlaw.com<br><br>*Counsel for Plaintiff* | Matthew R. Parsons<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507<br><br>*-and-*<br><br>M. Grant Grissom<br>STOLL KEENON OGDEN PLLC<br>400 W. Market Street, Suite 2700<br>Louisville, KY 40202<br><br>*Counsel for Defendants Buc-ees' Smiths Grove, LLC, Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.* |
| Barry A. Rudell, II<br>Markesbery & Richardson Co., L.P.A.<br>333 West Vine Street, Suite 300<br>Lexington, KY 40507<br>rudell@m-r-law.com<br><br>*Counsel for Defendant The Stewart/Perry Company, Inc.* | |

_____
CLERK, WARREN CIRCUIT COURT

TD : 000003 of 000003

Tendered          25-CI-01606     12/02/2025          Brandi Duvall, Warren Circuit Clerk

Entered          25-CI-01606    12/09/2025          Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:14:00

MGRANTGRISSOM

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CIVIL ACTION NO. 25-CI-01606

*Electronically Filed*

MICHELE STANLEY                                                    PLAINTIFF

v.

BUC-EE'S SMITHS GROVE, LLC, *et al.*                              DEFENDANTS

### AGREED ORDER OF PARTIAL DISMISSAL

Plaintiff, Michele Stanley and Defendants, Buc-ee's Kentucky, LLC, and Buc-ee's Holdings, Inc., being in agreement, and the Court having considered the matter and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Plaintiff's claims against Buc-ee's Holdings, Inc. are **DISMISSED WITH PREJUDICE**, with each Party to bear its own respective fees and costs; and that Plaintiff's claims against Buc-ee's Kentucky, LLC are **DISMISSED WITHOUT PREJUDICE**, with each Party to bear its own respective fees and costs. This Order shall not affect Plaintiff's claims against the remaining parties herein.

**IT IS SO ORDERED** this _____ day of _____ 5.

/s/ JUDGE JOHN R. GRISE
electronically signed
12/9/2025 9:09:41 AM CT

HON. JOHN R. GRISE
JUDGE, WARREN CIRCUIT COURT, DIVISION 2

OO : 000001 of 000003

Entered          25-CI-01606    12/09/2025          Brandi Duvall, Warren Circuit Clerk

**DOCUMENT**

**AM**

NOT ORIGINAL

01/16/2026 11:14:00

MGRANTGRISSOM

<u>HAVE SEEN AND AGREE:</u>

*/s/ M. Grant Grissom*
Matthew R. Parsons
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

-and-

M. Grant Grissom
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
*Counsel for Defendants Buc-ees' Smiths Grove, LLC,
Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.*

-and-

*/s/ Miles D. Mussetter* (with permission)
Miles D. Mussetter
MUSSETTER LAW
600 West Main Street, Suite 500
Louisville, KY 40202
miles@mussetterlaw.com

*Counsel for Plaintiff*

OO : 000002 of 000003

Entered          25-CI-01606      12/09/2025      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

DOCUMENT

01/16/2026 11:14:00

AM

MGRANTGRISSOM

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on _____, 2025 by filing with the Court's electronic system, which will send notice of this filing to all counsel of record. I have further emailed and/or mailed this filing to the following:

| | |
|---|---|
| Miles D. Mussetter<br>MUSSETTER LAW<br>600 West Main Street, Suite 500<br>Louisville, KY 40202<br>miles@mussetterlaw.com<br><br>*Counsel for Plaintiff* | Matthew R. Parsons<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507<br><br>*-and-*<br><br>M. Grant Grissom<br>STOLL KEENON OGDEN PLLC<br>400 W. Market Street, Suite 2700<br>Louisville, KY 40202<br><br>*Counsel for Defendants Buc-ees' Smiths Grove, LLC, Buc-ee's Kentucky, LLC and Buc-ee's Holdings, Inc.* |
| Barry A. Rudell, II<br>Markesbery & Richardson Co., L.P.A.<br>333 West Vine Street, Suite 300<br>Lexington, KY 40507<br>rudell@m-r-law.com<br><br>*Counsel for Defendant The Stewart/Perry Company, Inc.* | |

_____
CLERK, WARREN CIRCUIT COURT

OO : 000003 of 000003

3

Filed          25-CI-01606    12/18/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/16/2026 11:15:21
AM
MGRANTGRISSOM

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION 2
CASE NO. 25-CI-01606
HON. JUDGE JOHN R. GRISE


MICHELE STANLEY                                                    PLAINTIFF

v.                          **NOTICE OF SERVICE**
                            *"Electronically Filed"*

BUC-EE'S SMITHS GROVE, LLC et al.,                           DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

 Comes the Plaintiff, Michele Stanley, by and through Counsel, and hereby gives notice

of service of her Responses to Defendant, The Stewart/Perry Company, Inc., Interrogatories and

Request for Production of Documents on December 18, 2025.



    Respectfully submitted,

    Miles D. Mussetter
    MUSSETTER LAW
    600 West Main Street, Suite 500
    Louisville, KY 40202
    Phone: 502-360-9228
    Fax: 502-584-1212

    *Counsel for Plaintiff*

    By: /s/ *Miles D. Mussetter*
      Miles D. Mussetter

NO : 000001 of 000002

Filed           25-CI-01606    12/18/2025        Brandi Duvall, Warren Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

01/16/2026 11:15:21

MGRANTGRISSOM

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served via this Court's electronic filing system and email on this the 18th day of December 2025:

Matthew R. Parsons
M. Grant Grissom
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Matt.parsons@skofirm.com

-and-

M. Grant Grissom
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
Grant.grissom@skofirm.com
*Counsel for Buc-ee's Smiths Grove, LLC;*
*Buc-ee's Kentucky, LLC; Buc-ee's Holdings, Inc.*

Barry A. Rudell, II
MARKESBERY & RICHARDSON CO., L.P.A.
333 West Vine Street, Suite 300
Lexington, KY 40507
Rudell@m-r-law.com
*Counsel for The Stewart/Perry Company, Inc.*

*/s/ Miles D. Mussetter*
Miles D. Mussetter

NO : 000002 of 000002